IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RANDOLPH TOLES                                                                       PLAINTIFF

V.                             4:19CV00376 JM

ACE HARDWARE CORPORATION                            DEFENDANT

## ORDER OF DISMISSAL

The Court has been notified that the parties have reached a settlement. The Complaint and all claims against the Defendant are hereby dismissed with prejudice. The motion for extension of time (ECF No. 4) is MOOT. The Clerk is directed to close the case.

IT IS SO ORDERED this 27th day of June, 2019.

_____
James M. Moody, Jr.
United States District Judge